

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | |
|---|---|
| SOUTHERN COUNCIL OF INDUSTRIAL WORKERS, LOCAL 2713, § § § *Plaintiff/Counter Defendant,* § § v. § § BRUCE HARDWOOD FLOORING, L.L.C., § § *Defendant/Counter Plaintiff.* § | CIVIL ACTION NO. 9:02CV270 (TH) BENCH |

# FINAL JUDGMENT

This action is before the Court following an appeal of the *Order Granting Plaintiff's Motion for Enforcement of Arbitrator's Award* [Clerk's Docket No. 24] entered on March 22, 2004. On November 19, 2004, the United States Court of Appeals for the Fifth Circuit affirmed [Clerk's Docket No. 30] this Court's judgment in all respects. The district clerk is therefore **DIRECTED** to close this case file.

**SO ORDERED**.

**SIGNED** this the **11** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge